UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MARY L. MOORE

    Plaintiff,                               Case No. 05-60180

v.                                                      Hon.  Sean F. Cox

COMMISSIONER OF SOCIAL SECURITY

    Defendant.
_____/

## **JUDGMENT OF DISMISSAL**

The Court having this date entered an order adopting the Magistrate Judge's July 24, 2006 Report and Recommendation, denying Plaintiff's motion to remand, and granting Defendant's motion for summary judgment,

NOW, THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that this case be, and hereby is, DISMISSED in its entirety with prejudice.

                                              s/ Sean F. Cox
                                              Sean F. Cox
                                              United States District Judge

Dated:  September 28, 2006

I hereby certify that a copy of the foregoing document was served upon counsel of record and the Social Security Administration on September 28, 2006, by electronic and/or ordinary mail.

                                              S/Jennifer Hernandez
                                              Case Manager